R. Peter Durning, Jr. (State Bar No. 277968)
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, California 90071-1560

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-07-1221-GHK |
| v. | |
| STANLEY D. RECZKO III, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

A DVD bates-stamped IJM1738 containing the following video files:
1) "MVI_1928.AVI" dated 11/2/2007
2) "Videotaping exercise.AVI" dated 8/27/2007
Was lodged in camera and under seal with the Central District of California's Interpreter Services Department, pursuant to the June 9, 2014, Order of the Court (dkt # 819).
An image of that DVD is attached hereto as Exhibit 1.

**Reason:**

☑ Under Seal and/or In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated:    June 9, 2014
☐ Administrative Record
☐ Other:

| June 12, 2014 | R. Peter Durning, Jr. |
|---|---|
| Date | Attorney Name |
| | International Justice Mission |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*