# PROOF OF SERVICE

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560.

       On **June 13, 2014**, I served the following document described as:

**NOTICE OF MANUAL FILING OR LODGING**

by serving a true copy of the above-described document in the following manners:

**BY ELECTRONIC FILING**

       I electronically filed the above-described document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

| | |
|---|---|
| David J P Kaloyanides<br>David J P Kaloyanides Law Offices<br>15538 Central Avenue<br>Chino, CA 91710<br>djpkaplc@me.com | Joey L Blanch<br>USA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 15th Floor<br>Los Angeles, CA 90012-4700<br>joey.blanch@usdoj.gov |
| Alexandra R Gelber<br>US Department of Justice<br>Child Exploitation and Obscenity Section<br>1400 New York Avenue NW Suite 600<br>Washington, DC 20530<br>alexandra.gelber@usdoj.gov | Jennie Wang<br>USA - Office of US Attorney<br>United States District Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012<br>jennie.wang@usdoj.gov |

**BY U.S. MAIL**

       I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service.  Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.  I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Stanley Dan Reczko, III, Reg. #45243-112
Defendant Pro Se
MDC-LA
P.O. Box 1500
Los Angeles, CA  90053

       I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

       Executed on **June 13, 2014**, at Los Angeles, California.

                                                                  **/s/ Bonnie J. Evans**
                                                                     Bonnie J. Evans