## DECLARATION OF STANLEY DAN RECZKO III

I, STANLEY DAN RECZKO III, make this declaration in support of my position with regard to the dates requested for trial and motions in this case.

1. On May 20, 2014 the Court ordered that the parties should meet within 14 days to discuss potential dates for the suppression hearing and trial in this case.

2. On May 29, 2014, I met with the AUSA Joey Blanch and the case agent at MDC. My paralegal was also present.

3. Both the Government and Defendant agreed to date in the latter part of September for pre-trial hearings and October 6, 2014 for trial.

4. Agent Salgovich agreed that the Government witnesses would be available for those dates.

5. After the meeting, the defendant through his paralegal, sent an email requesting an earlier dates, specifically September 8th and September 16; ultimately he finally requested dates a few weeks earlier, that is motions in August and trial in September.

6. The Government informed Defendant, through his paralegal, that the Office of International Affairs at DOJ will require 4-6 months to finalize the availability of several Government witnesses through the MLAT process. This did not come up at the meet and confer meeting.

7. Defendant is prepared to move forward; his witnesses are available and his motions and requests can be filed as soon as the court dates are finalized.

8. Defendant has also spoken with his forensic expert. Mr. Fischbach is available for the evidentiary hearing in August and the trial date in September.

9. The only issues which are still pending are (1) pending production of discovery items

that the Government has yet to produce (State Department, OIA, etc.); and the Government's apparent difficulty with producing their foreign witnesses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.