## Blanch, Joey (USACAC)

**From:** Kathleen Caulfield <kathy.theparalegal@gmail.com>
**Sent:** Monday, May 26, 2014 7:12 PM
**To:** Blanch, Joey (USACAC)
**Subject:** New email from Mr. Reczko

Ms. Blanch

I am interested in the MDC visit any day but Fridays, Agent is fine.
My concerns are going to be
1) Having my witnesses here(defense witnesses) for evidentiary hearing and trial.
2) Whos going to issue the visas?
3) Where are the victims going to be picked up?
4) When will they arrive?
5) What will the sanctions be for critical witnesses that dont show?
6) Complete list of your witnesses for trial and evidentiary hearing
7) Is Planas coming SPB parole?
8) How will BI Agent Diluson Montor be available?, Neda Alfeche? Christopher Derama? Tindor and Magdalang,
the bell boy and maid? Further, how will Commisioner LAbanon get here.
9) Please get me the purported Death Certificate for Pine Villeramosa or record from Philippines.
10) Have the MLAT's been approved for all Social workers ie: Anicita Suico and BI Agents Ugarte and Impas
11) I am at this time giving notice of an ( imperfect) entrapment defense.
12) I am asking for all DOJ OIA reports and records regarding me in 2007.
13) I need a complete copy of Witnesses
14) I want the Sourcwe and Chain for the following items
a) Babywow
b) Sandisk 128 MB.
c) Averie Fall Holloween

If there is anything else, we can discuss it at the meeting here at MDC

Thank you Mr. Reczko

1