## Blanch, Joey (USACAC)

**From:** Kathleen Caulfield <kathy.theparalegal@gmail.com>
**Sent:** Thursday, May 29, 2014 2:57 PM
**To:** Blanch, Joey (USACAC)
**Subject:** Trial dates

The phone was ringing when I got home just now. Mr. Reczko has changed his mind about the trial dates. He prefers September 8th for the evidentiary hearing and the 16th for trial.

Thank you,

Kathleen