## Blanch, Joey (USACAC)

| | |
|---|---|
| **From:** | Ashley, Donald D (Manila) <AshleyDD@state.gov> |
| **Sent:** | Wednesday, June 04, 2014 1:25 AM |
| **To:** | Blanch, Joey (USACAC) |
| **Cc:** | Sunico, Wilhelmina C (Manila); Mitchell Worley; John.D.McArtor@ice.dhs.gov; Olga.Sagalovich@ice.dhs.gov |
| **Subject:** | RE: Reckzo MLAT to Philippines |

Hi, Joey,

If you only need the same five witnesses identified in the April 30, 2013, MLAT request and only need their testimony for the matters described in the request, we don't need to do a new MLAT request.

However, I do need to write to DOJ and advise them of the specific dates the witnesses are needed for the suppression hearing and the trial. DOJ will then contact the three separate government agencies and ask whether their employees are authorized to travel for the new dates. The whole process was slow last time, but the worst bottle necks appeared to be the process at the three agencies: Bureau of Immigration, Department of Social Welfare and Development, and Philippine National Police. Four of the five employees were authorized to travel to LA to begin testifying on September 17, 2013, but that was nine months ago and the request for travel will have to be re-examined by all these agencies. Hopefully, you will be able to persuade the Court that the Philippine government agencies cannot be expected to release their employees for lengthy foreign travel overseas at the drop of a hat, as Reckzo thinks they should be required to do. [How much advance notice would the judge need before flying to the other side of the world for several weeks? A rhetorical question that I'm sure you cannot pose to the court.]

While we won't need to do a new MLAT request, I will need to write a letter advising PDOJ of the new dates for the suppression hearing and the trial, when you need the witnesses to arrive and how long they should plan to remain in LA. I imagine it will be easier to convince the Philippine authorities to authorize the travel if we give them more advance notice of the need to travel and request that the employees spend less time in LA.

Last go around, securing permission took 4 months for 4 of the witnesses. I advised DOJ of your trial dates on May 6, 2013, and the travel was finally approved for 4 of the 5 witnesses on September 5, 2013. This was less than 2 weeks before the suppression hearing was set to occur and the Philippine National Police never did authorize Dionard CARLOS to travel. Do you really need CARLOS? Please also note that I will be back in the U.S. from June 13 to August 1 on a combination of TDY and home leave, so I won't be available to personally follow up with Philippine authorities in Manila during this time period.

In addition, HSI at Post will need adequate time to help secure visas and/or parole for each witness and help make the travel arrangements. Has anyone spoken to the witnesses recently about their personal availability to travel? They might have expired passports, sick mothers, etc.

Best,

Don Ashley

SBU
This email is UNCLASSIFIED.

1

**From:** Blanch, Joey (USACAC) [mailto:Joey.Blanch@usdoj.gov]
**Sent:** Wednesday, June 04, 2014 10:24 AM
**To:** Ashley, Donald D (Manila)
**Cc:** Sunico, Wilhelmina C (Manila); Mitchell Worley; John.D.McArtor@ice.dhs.gov; Olga.Sagalovich@ice.dhs.gov
**Subject:** RE: Reckzo MLAT to Philippines

Hi, Don,

I've had a meet and confer with defendant Reczko regarding the trial date. He has decided he wants to go to trial right now. When I suggested we will need six months to get our witnesses here, he filed a motion to go to trial immediately or to dismiss the indictment against him. I'm in the process of responding to that motion, and wanted to check with you again about the amount of time you think it will take the Philippine government to re-authorize the witness travel. This is information I'm going to need to provide to the Court, so want to make sure I'm giving the Court accurate information.

Will we need an entirely new MLAT, or is the previous MLAT sufficient, if we provide them with the new trial date?

Is there any chance you could check with your counterparts in the Philippines to see what their estimate might be? I expect the Court will want to know what they think, as well.

Thanks again,

Joey Blanch

---

**From:** Ashley, Donald D (Manila) [mailto:AshleyDD@state.gov]
**Sent:** Tuesday, May 27, 2014 4:42 PM
**To:** Blanch, Joey (USACAC); Wang, Jennie (USACAC)
**Cc:** Sunico, Wilhelmina C (Manila); Mitchell.Worley@ice.dhs.gov; John.D.McArtor@ice.dhs.gov; Olga.Sagalovich@ice.dhs.gov
**Subject:** RE: Reckzo MLAT to Philippines

Hi Joey,

The permission to travel is granted for a specific time period. Once you have the new trial dates, we'll have to ask permission again. Hopefully, it will be quicker this time given that travel for four of your five witnesses was approved, at the 11th hour, for the earlier September 2013 trial date. For some reason, the PNP never did approve the travel of Dionardo Carlos. Do you really need this last witness? If so, I suggest that the HSI agents at post coordinate very closely with PNP to make sure permission is granted this time.

I suggest trying to pick a trial date six months out in order to give Philippine authorities plenty to time to approve the travel of the witnesses.

Thanks,

Don

SBU
This email is UNCLASSIFIED.