**Blanch, Joey (USACAC)**

---

**From:** Kathleen Caulfield <kathy.theparalegal@gmail.com>
**Sent:** Thursday, May 29, 2014 4:57 PM
**To:** Blanch, Joey (USACAC)
**Subject:** Re: Trial dates

I have forwarded both questions to him at corrlinks. Turnaround is generally 2 hours or so on corrlinks. Worst case scenario, I will be seeing him briefly tomorrow.

Kathleen

On Thu, May 29, 2014 at 3:23 PM, Blanch, Joey (USACAC) <Joey.Blanch@usdoj.gov> wrote:

Also, does he still want to ask King to wait to set a trial date until after the forensic exam?

**From:** Kathleen Caulfield [mailto:kathy.theparalegal@gmail.com]
**Sent:** Thursday, May 29, 2014 2:57 PM
**To:** Blanch, Joey (USACAC)
**Subject:** Trial dates

The phone was ringing when I got home just now. Mr. Reczko has changed his mind about the trial dates. He prefers September 8th for the evidentiary hearing and the 16th for trial.

Thank you,

Kathleen

1

| From: | Blanch, Joey (USACAC) <JBlanch@usa.doj.gov> | Date: | 05/29/2014 18:19:57 |
|---|---|---|---|
| To: | Kathleen Caulfield <kathy.theparalegal@gmail.com> | Cc: | |
| Folder: | | | |
| Subject: | RE: Trial dates | | |
| Attachments: | | | |

🖨 Print the page

In reviewing whether we can get permission from the Philippine government for witnesses to travel in time for a September trial date, I have just realized that the state department has advised that we should give the Philippine government at least six months notice. This applies to witnesses Jennifer Tadena, Anita Suico, Dionardo Carlos, Ugarte and Impas. Given that Mr. Reczko wants at least some of these witnesses to be present, does he want to agree to January?

If not, I think we will have to explain our disagreement to the court.

**From:** Kathleen Caulfield [mailto:kathy.theparalegal@gmail.com]
**Sent:** Thursday, May 29, 2014 2:57 PM
**To:** Blanch, Joey (USACAC)
**Subject:** Trial dates

The phone was ringing when I got home just now. Mr. Reczko has changed his mind about the trial dates. He prefers September 8th for the evidentiary hearing and the 16th for trial.

Thank you,

Kathleen

## Blanch, Joey (USACAC)

**From:** Kathleen Caulfield <kathy.theparalegal@gmail.com>
**Sent:** Thursday, May 29, 2014 5:09 PM
**To:** Blanch, Joey (USACAC)
**Subject:** Re: Trial dates

gotcha. thanks for the explanation.

k

On Thu, May 29, 2014 at 5:04 PM, Blanch, Joey (USACAC) <Joey.Blanch@usdoj.gov> wrote:

It's not from the Philippine government, it's the estimate from Don Ashley, US OIA stationed in Manilla. He says based on his experience, we should give them at least six months to approve the travel based on a new trial date. I had email this prior to the meet and confer, but for some reason was thinking he said six weeks, not six months, so I didn't worry about it. After Mr. Reczko decided he wanted to move the trial to September, I looked up the email and realized the suggested time frame was six months.

**From:** Kathleen Caulfield [mailto:kathy.theparalegal@gmail.com]
**Sent:** Thursday, May 29, 2014 5:01 PM

**To:** Blanch, Joey (USACAC)
**Subject:** Re: Trial dates

Six months is a long time. Ouch. Did they give you that estimate in writing?

Kathleen

On Thu, May 29, 2014 at 4:58 PM, Blanch, Joey (USACAC) <Joey.Blanch@usdoj.gov> wrote:

Thanks. Sorry – as I'm sure he's aware by now, nothing moves speedily in the Philippines.

**From:** Kathleen Caulfield [mailto:kathy.theparalegal@gmail.com]

**Sent:** Thursday, May 29, 2014 4:57 PM
**To:** Blanch, Joey (USACAC)

1