## Blanch, Joey (USACAC)

**From:** Kathleen Caulfield <kathy.theparalegal@gmail.com>
**Sent:** Friday, May 30, 2014 8:16 PM
**To:** Blanch, Joey (USACAC)
**Subject:** re dates for trial

I sent Mr. Reczko your emails and then met with him today. He presented me with his motion ready to file, entitled "Motion For Immediate Evidentiary Hearing and Trial or Dismissal of Indictment" which will formally be filed on Monday (because neither Mr. Reczko nor I are allowed to file electronically and everything has to be hand filed.)

Kathleen Caulfield
Paralegal