## Blanch, Joey (USACAC)

| | |
|---|---|
| **From:** | Blanch, Joey (USACAC) |
| **Sent:** | Friday, June 06, 2014 12:32 PM |
| **To:** | Kathleen Caulfield (kathy.theparalegal@gmail.com) |
| **Subject:** | Info for Special Benefit Parole |
| **Attachments:** | DHS SPBP Authorization Form - Example.pdf |

Kathleen,

Per our conversation last week, below is a list of information we need in order to apply for special benefit parole for the defendants.  I've also attached an example of the authorization form, with the information needed highlighted.  Please remember that we'll need all of this information at least 6-8 weeks prior to travel to get the SPBP authorized.   Also, if he needs his witnesses to enter the U.S., go back to the Philippines, then return to the U.S. -- i.e., travel here for the evidentiary hearing, return to the Philippines, then travel here again for the trial – we'll also need to know that, because multiple entries needs to be specifically indicated in the application.  If it's not, the SPBP doesn't allow re-entry – it will expire as soon as they leave the country, and we'd have to start the process over again to get them here for trial.

- Full Name
- Date of Birth
- Gender
- Aliases
- Country of Birth
- Country of Residence
- Passport Number
- Passport – Country of Issuance
- Passport – Expiration Date
- Visa or BCC Number (if any)
- Visa or BCC Number – Expiration Date
- Location where Parolee will reside (if Mr. Reczko plans to house his witnesses in a hotel in Los Angeles, that is all we need to know)
- Is Subject currently in the United States
- Subject's current Immigration Status
- Acquaintances/relatives in the United States

Please let me know if you have any questions,

Joey Blanch

EXAMPLE

U.S. Department of Homeland Security

## DHS SIGNIFICANT PUBLIC BENEFIT PAROLE AUTHORIZATION FORM

☐ ICE/OI   ☐ CBP/Border Patrol   ☐ CBP/OFO   **TRACKING NUMBER:** _____
*(Issued by ICE PHAB)*

**FIELD OFFICE** *(city, state)*: _____   **FCO CODE:** _____

**DATE OF APPROVAL** *(mm/dd/yy)*: ____/____/_____

**Part A: Information on Parolee**

1. Name:

_____
*(Last)*

_____          _____
*(First)*                                          *(Middle)*

**2. Alien Number** *(A#)*          **3. Date of Birth** *(mm/dd/yy)*          **4. Gender** *(check one)*

A _____          ____/____/_____          ☐ Male   ☐ Female

**5. Aliases**          **6. Country of Birth**          **7. Country of Residence**

_____          _____          _____

_____

_____

_____

**8. Passport Number**          **9. Country of Issuance**          **10. Expiration Date** *(mm/dd/yy)*

_____          _____          ____/____/_____

**10. Visa or BCC Number**          **12. Expiration Date** *(mm/dd/yy)*

_____          ____/____/_____

**Part B: Reason for Parole**
*Please check the appropriate boxes.*

1. ☐ Cooperating Source   2. ☐ Witness   3. ☐ Defendant

4. ☐ Dependent *(relationship to cooperating source)*: _____
   *(If parolee is a dependent then a threat assessment and proof of relationship must be included with this request.)*

5. ☐ Parole for another agency *(exigent circumstances, 72-hours only)*

6. ☐ Other SPBP Reason: _____

7. ☐ Yes  ☐ No  Is this request submitted for the protection of the alien? *(If yes, please attach threat assessment)*

**Action Requested:**          ☐ New SPBP *(All individuals outside the US require new SPBPs)*
                                         ☐ Re-parole *(extension)*
                                         ☐ Parole in Place *(currently in the US, & only if individual not previously inspected)*
                                         ☐ Deferred Action

**Additional Services Requested:**   ☐ Multiple Entries *(Justification must be submitted)*
                                         ☐ Employment Authorization

1

*(Rev. 10/03/2005)*

## Part C. Travel Information
*Note: All information must be completed.*

Expected date of travel to the U.S. *(mm/dd/yy):* _____/_____/_____

Consulate or issuing Post *(Abroad):* _____

Port of Entry *(where subject will enter US: City, State):* _____ FCO Code: _____

Expected departure date: *(mm/dd/yy)*\*: _____/_____/_____

\**Initial approval normally will not exceed 90 days. Any changes in the parolee status are to be reported to the PHAB in accordance with the mandatory tracking requirements.*

## Part D. Address of Parolee in U.S.

Location where Parolee will reside *(city, state are required at minimum)*

Street: _____ Apt. _____

City, State, Zip: _____ Home Telephone: (      ) _____-_____

Work Telephone: (      ) _____-_____ Other Contact Info: _____

## Part E. Agency Information

☐ ICE/OI     ☐ CBP/Border Patrol     ☐ CBP/OFO

Requesting Officer *(Print Name):* _____ Title: _____

Signature: _____ Date of Request *(mm/dd/yy):* _____/_____/_____

Supervisor Review *(Print Name):* _____ Title: _____

Signature\* : _____ Date of Review *(mm/dd/yy):* _____/_____/_____

Sector/Station or Field Office: _____

\* *As the supervisor, I understand that, should this parole be granted, it is MY responsibility to report the parolee's entry and any subsequent changes in his/her parole status (i.e., departure, extension, or change in status to the Parole and Humanitarian Assistance Branch (PHAB).*

Local Parole Coordinator *(Print Name):* _____

Daytime telephone number: (      ) _____-_____ Fax number: (      ) _____-_____

Email address: _____

## Part F. Immigration Status
*Note: Please complete all information below.*

1.  Is Subject currently in the United States? ☐ Yes  ☐ No

2.  Subject's current Immigration Status: _____

3.  Has Subject ever been removed/presently under removal proceedings? ☐ Yes   ☐ No

    If yes, where and when *(City, State):* _____

4.  Has Subject previously been authorized an Employment Authorization Document? ☐ Yes   ☐ No

2

*(Rev. 10/03/2005)*

## Part CB: Criminal History and Record Checks

1. Is the Subject a suspected terrorist or have any suspected ties to terrorism?: ☐ Yes ☐ No

2. Does the subject have a criminal record or criminal convictions\* ? : ☐ Yes ☐ No

   *(if yes, select criminal type):* ☐ Aggravated Felony ☐ Felony ☐ Misdemeanor

   FBI #: _____   State Identification Number (SID): _____

   FIN # (IDENT): _____

3. Fingerprints and photographs\*: ☐ Yes ☐ No

   *(if yes, select type):* ☐ 10-print ☐ Photograph ☐ IDENT *(2-print and photograph)*

   \* *Fingerprints, photographs, and immigration and criminal history must be maintained in the local file.  Do not send to the PHAB.*

4. Name checks have been completed in the principal law enforcement databases on the person named in the request:

   ☐ TECS/IBIS ☐ CIS ☐ ENFORCE ☐ NCIC/IAFIS ☐ NADDIS ☐ Local JTTF

5. The record checks have been referred for further inquiry to the following (optional):

   ☐ National Targeting Center (NTC) ☐ Terrorist Screening Center (TSC) ☐ OTHER:_____

## Part B: High-profile, Classified, or Exigent Circumstances

1. Is the Subject wanted for violations by another foreign government?: ☐ Yes\* ☐ No ☐ Unknown

2. Is the Subject a known or suspected Human Rights violator?: ☐ Yes\* ☐ No ☐ Unknown

3. Is the Subject a High-profile current or former foreign government official?: ☐ Yes\* ☐ No ☐ Unknown
   *(e.g., President, Vice-President, cabinet official, etc)*

4. Is this an Exigent Circumstance request?: ☐ Yes\*\* ☐ No
   *(This requires an immediate parole, prior to PHAB circulation and review, in accordance with Section VI.B.2.a)*

\* If YES has been checked to any of these questions, this will require notification to CBP or ICE headquarters for review.

\*\* If YES has been checked, this will require a written explanation of the emergent request in Part I below.

## Part I: Synopsis of Necessity of Parole (for PHAB)

*(Summarize the significant public benefit to be gained by granting the parole and the potential threat to public safety posed by the parolee.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3

*(Rev. 10/03/2005)*

**Part J. Approval/Denial**

☐ APPROVED                    ☐ DENIED

Parolee's Name *(Print)*: _____

Authorized Official *(Print)*: _____   Title: _____

Authorized Official *(Signature)*: _____   Date of Approval: *(mm/dd/yy)*: _____/_____/_____

Parole Authorized for  ☐ 90 days,  ☐ 1 year,  ☐ other: _____

Multiple Entries Authorized:   ☐ Yes        ☐ No

EAD Concurrence:        ☐ Yes      ☐ No

**Part K. DHS PHAB**

**PHAB Headquarters Reviewing Officer**

Print name: _____

Signature: _____   Date *(mm/dd/yy)*: _____/_____/_____

Title: _____

4                                   *(Rev. 10/03/2005)*

**Part I: Specific Information Pertaining to Parolee**

*Please answer each question as completely as possible (attach additional sheet(s) if necessary). This page to remain with case file and will be furnished to headquarters upon request.*

1. Significance and value of parolee to this case:

   _____
   _____
   _____
   _____
   _____
   _____

2. Parolee's criminal involvement in this or any other case: *(Please attach or describe criminal and/or arrest record listing ALL criminal convictions.)*

   _____
   _____
   _____
   _____
   _____

3. Risk of parolee to public safety and/or threat parolee presents to national security: *(List and explain proposed security precautions if necessary.)*

   _____
   _____
   _____
   _____

4. Financial responsibility for subject: *(Please explain manner in which Parolee's living expenses will be met.)*

   _____
   _____
   _____
   _____

5. Acquaintances/relatives in the United States: *(Please include name(s), relationship and current addresses; attach additional sheet(s) if necessary.)*

   _____
   _____
   _____
   _____

*(Rev. 10/03/2005)*