## Blanch, Joey (USACAC)

**From:** Kathleen Caulfield <kathy.theparalegal@gmail.com>
**Sent:** Tuesday, June 10, 2014 9:42 PM
**To:** Blanch, Joey (USACAC)
**Subject:** Re: FW: Activity in Case 2:07-cr-01221-GHK USA v. Reczko Notice of Document Discrepancies and Order - Rejecting

It's pretty clear that there will be no agreement, therefore no stipulation. Mr. Reczko's position is pretty simple. He does not intend to waive time and wants to go ahead with both the evidentiary hearing and trial. You offered to set out his position in the joint report to the judge, and I am assuming that Mr., Reczko will be able to review your statement of his position before it is filed. Correct? You have the motion that the judge did not accept for filing---and his arguments are all set forth in that motion.

If you need anything else, or have any questions, let me know.

Kathleen


On Tue, Jun 10, 2014 at 11:38 AM, Blanch, Joey (USACAC) <Joey.Blanch@usdoj.gov> wrote:

I should have said – the Court ALREADY ordered us to file a joint brief, and based on the below, he wants us to comply with that order.


**From:** Kathleen Caulfield [mailto:kathy.theparalegal@gmail.com]
**Sent:** Tuesday, June 10, 2014 11:38 AM
**To:** Blanch, Joey (USACAC)
**Subject:** Re: FW: Activity in Case 2:07-cr-01221-GHK USA v. Reczko Notice of Document Discrepancies and Order - Rejecting


Thank you, Joey. I will pass this on to Mr. Reczko.



Kathleen



On Tue, Jun 10, 2014 at 11:24 AM, Blanch, Joey (USACAC) <Joey.Blanch@usdoj.gov> wrote:

Kathleen,

1

I've asked for additional time to file the government's requests regarding trial dates, but based on the below, I expect the Court is going to order us to file a joint brief. We should try to come to an agreement. If that turns out to be impossible, I'm happy to put our respective positions together in a joint brief.

I've reconfirmed with Don Ashley about the time it could take to get witness travel authorized by the Philippine government. He says that last time it took approximately four months, after we reconfirmed with the witnesses that they were available to travel on particular dates. After permission is granted, we'll still need to arrange witness travel, etc. So that takes us to between 5-6 months, once we have a trial date confirmed.

I've spoken with Standby Counsel, David Kaloyanides. He is free the first week of December, he's not free in January, but he would be free for a trial date the week of February 17. I suggest a trial in the first week of December. That would give both parties time to arrange to have their witnesses here and give defendant time to complete discovery requests, pretrial litigation, forensics, etc.

Joey

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Tuesday, June 10, 2014 10:53 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:07-cr-01221-GHK USA v. Reczko Notice of Document Discrepancies and Order - Rejecting

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 6/10/2014 at 10:52 AM PDT and filed on 6/9/2014

**Case Name:** USA v. Reczko
**Case Number:** 2:07-cr-01221-GHK
**Filer:**
**Document Number:** 822

2

**Docket Text:**
**NOTICE OF DISCREPANCY AND ORDER: by Judge George H. King ORDERING MOTION FOR IMMEDIATE EVIDENTIARY HEARING AND TRIAL OR DISMISSAL OR INDICTMENT submitted by Defendant Stanley Dan Reczko, III, received on 6/2/2014 is not to be filed but instead rejected. Denial based on: Written notice of motion lacking or timeliness of notice incorrect. (shb)**

**2:07-cr-01221-GHK-1 Notice has been electronically mailed to:**

Patricia A Eberwine     patricia.eberwine@lw.com

David J P Kaloyanides     djpkaplc@me.com

Manuel A Abascal     manny.abascal@lw.com

Joey L Blanch     joey.blanch@usdoj.gov

Alexandra R Gelber     alexandra.gelber@usdoj.gov

Jennie Wang     jennie.wang@usdoj.gov, usacac.criminal@usdoj.gov

Kee-Min Ngiam     kee-min.ngiam@lw.com

R Peter Durning     peter.durning@lw.com

**2:07-cr-01221-GHK-1 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Stanley Dan Reczko
REG 45243-112
MDC Los Angeles
PO Box 1500
Los Angeles CA 90053

## Blanch, Joey (USACAC)

**From:** Kathleen Caulfield <kathy.theparalegal@gmail.com>
**Sent:** Wednesday, June 11, 2014 8:33 AM
**To:** Blanch, Joey (USACAC); Wang, Jennie (USACAC)
**Subject:** U.S. v Reczko
**Attachments:** 6-11-14 for AUSA.pdf

Attached is a follow-up email from Mr. Reczko.

Kathleen

1

# Kathleen Caulfield

| | |
|---|---|
| **From:** | RECZKO STANLEY DAN (45243112) |
| **Sent Date:** | Wednesday, June 11, 2014 10:21 AM |
| **To:** | kathy.theparalegal@gmail.com |
| **Subject:** | AUSA |

( re Joint Filing, Forensic Exam, Confrontation)

Ms. Blanch,
  I am writing your office in opposition to the following and am preparing Motions
for Sanctions and an Appeal to the Ninth Circuit.
1) Incomplete Inventory- As you are aware the Inventory for Mr. Fischbach is incomplete
you have an email of the requested Items from our inspection and you failed to provide it.
2) Joint Filing- Please write the Motion the Court Ordered with my Opposition and with
the Language in my Immediate Trial and Evidentiary Hearing Motion and I will look it over
and make any necessary changes to your language and sned it through Kathleen.
3) Opposition to Monitored Phone Calls- As you know you set up a phone call between Mr. Fischbach
and the defendant only 45 minutes notice. It was monitored and It was in violation of my rights
to be present to confront all the evidence against me.
  In closing I am asking that the evidence be provide d Mr. Fischbach.
Respectfully
Mr. Reczko