ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JOEY L. BLANCH (Cal. Bar No. 186487)
Assistant United States Attorneys
Violent and Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephones: (213) 894-3315/2450
    Facsimile:  (213) 894-3713
    E-mails:    joey.blanch@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-1221(A)-GHK |
|---|---|
| Plaintiff, | GOVERNMENT LODGING OF PROPOSED ORDER SETTTING TRIAL AND PRETRIAL HEARING DATE AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT, PURSUANT TO MAY 20, 2014 COURT ORDER; [PROPOSED] ORDER |
| v. | |
| STANLEY DAN RECZKO III, | |
| Defendant. | |
| | Motions Hearing: February 2, 2015<br>Trial Date: February 17, 2015 |

    On or about May 20, 2014, the Court ordered the Government and defendant Stanley Dan Reczko, III ("defendant"), to meet and confer to discuss dates for the Motion to Suppress Hearing and Trial, and to come to an agreement regarding proposed findings of excludable time, and to submit a joint status report within 7 days thereafter. (Docket 794).  If the parties could not come to an agreement, the Government was ordered to independently propose excludable time findings.  (Id.)

1   As set forth in the concurrently-filed Joint Status Report,
2  the parties were unable to come to an agreement.  The government
3  hereby lodges its proposed order regarding the trial date and
4  excludable time findings.   In the Joint Status Report, the
5  government proposed trial dates in either early December 2014 or
6  February, 2015, based on the time necessary to obtain the presence
7  of foreign witnesses and the schedule of standby counsel.  In
8  drafting the attached proposed order, as between December 2014 and
9  February 2015, the government proposed a trial date of February 17,
10 2015.   This is because, based on the history of litigation in this
11 case, an earlier trial date could get continued.  If this happens,
12 the government will need to start the process for reauthorization of
13 the MLAT witnesses over again, which could result in further delays.
14 Therefore, the government drafted the proposed order for the later
15 trial date.  Should the Court wish the government to adjust the
16 //

proposed order to reflect earlier dates for the evidentiary hearing and trial, the government will do that immediately.

Dated: June 16, 2014

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


     /s/
JOEY L. BLANCH
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA